Jacob S. Parker, Appellant, v. The Duval Building & Loan Association, Wendell P. Gifford, C. W. Kinne and W. B. Owen, Appellees.

### Division A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

A. W. Cockrell & Son and Harwick & Cannon for appellant.

Owen & Smith and E. P. Axtell for Duval B. & L. Association; Owen & Smith for W. B. Owen and D. U. Fletcher for W. P. Gifford.

The bill in this cause was filed by the appellant against the appellees. There was a decree for the defendants and the complainant appeals. Decree affirmed.

Decision *Per Curiam.*